### 74517. ROACH v. ROACH.
(354 SE2d 877)

SOGNIER, Judge.

Willie Roach brings this direct appeal from the denial of his equitable petition to set aside orders granting child support to his former wife. OCGA § 9-11-60 (e) was amended in 1986 to prohibit the use of a complaint in equity to set aside a judgment. The proper method of attacking a judgment is now by motion for new trial or motion to set aside. However, even treating appellant's petition below as a motion to set aside the judgment, we are without jurisdiction to decide whether the denial was proper. Under the provisions of OCGA § 5-6-35 (a) (2), appeals from judgments or orders in divorce, alimony, child custody, and other domestic relations cases must be taken by applica-

tion. Matters of child support fall into the category of "other domestic relations" and are therefore within the purview of OCGA § 5-6-35 (a) (2). See *Lewis v. Robinson,* 176 Ga. App. 374 (336 SE2d 280) (1985). Similarly, under the provisions of OCGA § 5-6-35 (a) (8), appeals from the denial of a motion to set aside a judgment must be by application. Accordingly, as appellant has failed to follow the procedures outlined in OCGA § 5-6-35, his appeal must be dismissed.

*Appeal dismissed. McMurray, P. J., and Beasley, J., concur.*

DECIDED MARCH 11, 1987.

*Bert S. Harp, Jr.,* for appellant.
*James A. Elkins, Jr.,* for appellee.